MELINDA HAAG (CAS 132612)
United States Attorney

MIRANDA KANE (CA 150630)
Chief, Criminal Division

ROBERT K. PRUITT (KY 93232)
Special Assistant United States Attorney

    Defense Language Institute – Criminal Law
    1336 Plummer Street, Building 275
    Monterey, CA 93944
    Telephone: (831) 242-6394
    Email: robert.k.pruitt.mil@mail.mil

Attorneys for Plaintiff

**FILED**

MAY - 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALINAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR-13-00138 |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| vs. | |
| JESUS GARZA, | |
| Defendant. | |

On April 1, 2013, the parties in this case appeared before the Court for an initial appearance. The parties jointly requested that the case be continued until June 3, 2013 at 9:30 a.m., in order to allow counsel reasonable time necessary for effective preparation. In addition, the parties request an exclusion of time under the Speedy Trial Act, from April 1, 2013 to June 3, 2013 at 9:00 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

1

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CASE NO: CR-13-00138

SO STIPULATED:                MELINDA HAAG
                              United States Attorney


DATED: April 30, 2013               /S/
                              ROBERT K. PRUITT
                              Special Assistant United States Attorney


DATED: May 2, 2013                  /S/
                              MANUEL ARAUJO
                              Counsel for the Defendant


ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 1, 2013 to June 3, 2013. The Court finds, based on the aforementioned reasons, that the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 5/2/13

                              HOWARD R. LLOYD
                              United States Magistrate Judge